IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JASON SALAZAR,

    Petitioner,

v.                                                                                      No. CV 19-662 JCH/CG
                                                                                       No. CR 18-1104 JCH

UNITED STATES OF AMERICA,

    Respondent.

## ORDER GRANTING LEAVE TO AMEND
## HABEAS PETITION AND DIRECTING ANSWER

**THIS MATTER** is before the Court on Jason Salazar's *Motion to Vacate or Correct Federal Sentence Under 28 U.S.C. § 2255* (the "Motion"), (CV Doc. 1), (CR Doc. 53). After the Motion was filed, the Court appointed counsel to represent Mr. Salazar. (CR Doc. 56), (CR Doc. 57). The Court has reviewed the Motion and has determined that at least some of Mr. Salazar's claims survive initial review under Habeas Corpus Rule 4. However, the Court will allow counsel to amend the *pro se* Motion before ordering an answer under Habeas Corpus Rule 4.

**IT IS THEREFORE ORDERED** that Mr. Salazar, through counsel, may amend his Motion no later than May 4, 2020.

**IT IS FURTHER ORDERED** that the United States shall file an Answer within thirty (30) days of service of the amended Motion. If Mr. Salazar declines to timely amend, the United States shall file an answer to the existing *pro se* Motion, (CV Doc. 1), (CR Doc. 53), no later than June 1, 2020.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE